JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Rogoff, ) | CV 12-4218 DSF (SPx) |
| ) | |
| ) | JUDGMENT ON JURY VERDICT |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| County of San Bernardino, a ) | |
| municipality, Jarrod Burns, an ) | |
| Individual, and Does 1 through 10, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

_____

The jury having found in favor of defendant Jarrod Burns on plaintiff's claims, and the Court having previously granted summary judgment as to defendant County of San Bernardino,

IT IS ORDERED AND ADJUDGED:

Judgment is entered in favor of defendants.  Plaintiff shall recover nothing from defendants.  Defendants shall recover from plaintiff their costs pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, and Local Rule 54.

DATED: 1/21/14

_____
Dale S. Fischer
UNITED STATES DISTRICT JUDGE